Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order (12 F.Supp. 823) affirmed.

In the Matter of PARAMOUNT PUBLIX CORPORATION, Debtor (ROOT, CLARK & BUCKNER and ROOT, CLARK, BUCKNER & BALLANTINE, Appellants).

Paramount Pictures, Inc. (Formerly Paramount Publix Corporation, the Debtor and Bankrupt Herein), et al., Appellees.

No. 314.

Circuit Court of Appeals, Second Circuit.

May 4, 1936.

Root, Clark & Buckner and Root, Clark, Buckner & Ballantine, all of New York City, for appellants.

Simpson, Thacher & Bartlett, of New York City (Thomas D. Thacher, Edwin L. Weisl, and Richard Jones, III, all of New York City, of counsel), for appellee Paramount Pictures, Inc.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order (12 F.Supp. 823) affirmed.

In the Matter of PARAMOUNT PUBLIX CORPORATION, Debtor (STOCKHOLDERS' COMMITTEE, Appellants).

Paramount Pictures, Inc. (Formerly Paramount Publix Corporation, the Debtor Herein), et al., Appellees.

No. 335.

Circuit Court of Appeals, Second Circuit.

May 4, 1936.

Cook, Nathan & Lehman, of New York City, for stockholders' committee.

Simpson, Thacher & Bartlett, of New York City (Thomas D. Thacher, Edwin L. Weisl, and Richard Jones, III, all of New York City, of counsel), for appellee Paramount Pictures, Inc.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order (12 F.Supp. 823) affirmed.

Henry SCHNEIWIND, Jr., and Irving Trust Company as Trustee of Susquehanna Silk Mills, Debtor, Debenture Bondholders Committee; L. F. Dommerich Company; E. Gerli Company, Inc.; Mitsui & Company, Ltd., and Nippon Ki-Ito Kaisha, Ltd., Appellants, v. Benjamin K. FOCHT and W. W. McCulloch, Ancillary Receivers of the Susquehanna Silk Mills, Appellees.

No. 5774.

Circuit Court of Appeals, Third Circuit.

May 6, 1936.

Breed, Abbott & Morgan, of New York City, for appellants Henry Schneiwind, Jr., and Irving Trust Co., as trustees of Susquehanna Silk Mills, debtor.

Shearman & Sterling, of New York City, for appellant Debenture Holders' Protective Committee.

Hughes, Schurman & Dwight, of New York City, for appellants L. F. Dommerich & Co. and E. Gerli & Co., Inc.

Putney, Twombly & Hall, of New York City, for appellants Mitsui & Co., Ltd., and Nippon Ki-Ito Kaisha, Ltd.

Charles H. Tuttle, Sanford H. E. Freund, Frank C. Fisher, and Lemuel Skidmore, all of New York City, of counsel.

Abram Salsburg, of Wilkes-Barre, Pa., for appellees.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

1016

PER CURIAM.

After argument and full consideration had, it is ordered that the decree below appealed from be vacated, and it is further ordered that each of the ancillary receivers, in addition to the $3,500 heretofore allowed them, be awarded the sum of $1,500, which additional sum of $1,500 will make the total allowance to each of the said ancillary receivers $5,000 in all.